UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

| | |
|---|---|
| TAMEKA SNYDER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 2:23-cv-535-EWH-RJK |
| : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, : | |
| ZIONS DEBT HOLDINGS, LLC, and : | |
| EXPERIAN INFORMATION SOLUTIONS, INC., : | |
| : | |
| Defendant. : | |
| : | |

## NOTICE OF SETTLEMENT

Plaintiff TAMEKA SNYDER ("Ms. Snyder"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Snyder and PORTFOLIO RECOVERY ASSOCIATES, LLC *only*. Ms. Snyder and PORTFOLIO RECOVERY ASSOCIATES, LLC *only* are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Snyder and PORFOLIO RECOVERY ASSOCIATES, LLC *only* shall timely file the proper form of dismissal with the Court.

Dated: September 23, 2024

Respectfully submitted,

**TAMEKA SNYDER**

*/s/ Tameka Snyder*
Craig C. Marchinado, VSB# 89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA  23601
757-930-3660
Fax: 757-930-3662
Email: craig@clalegal.com
*Counsel for Plaintiff*