IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TAMEKA SNYDER,

    Plaintiff,

v.                                          Civil Action No.  2:23-cv-00535 (EWH)

PORTFOLIO RECOVERY
ASSOCIATES, LLC, ZIONS DEBT
HOLDINGS, LLC, and EXPERIAN
INFORMATION SOLUTIONS, INC.

Defendants.

## **FINAL ORDER**

    This matter is before the Court on Plaintiff Tameka Snyder's and Defendant Portfolio Recovery Associates, P.C.'s Joint Stipulation of Voluntary Dismissal (ECF No. 53), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court acknowledges that the dismissal is WITH PREJUDICE with each party to bear its own attorneys' fees, costs, and expenses. The Court DIRECTS the Clerk to DISMISS WITH PREJUDICE Defendant Portfolio Recovery Associates, P.C. only.

    The Clerk is directed to send an electronic copy of this Order to all counsel of record.

    It is SO ORDERED.

                                                        /s/
                                              Elizabeth W. Hanes
                                            United States District Judge

Norfolk, Virginia
Date: October 7, 2024