UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**TAMEKA SYNDER.,**
       **Plaintiff,**

v.                                                 Case No.     2:23cv535

**PORTFOLIO RECOVERY**
**ASSOCIATES, LLC., ZIONS**
**DEBT HOLDINGS, LLC., and**
**EXPERIAN INFORMATION**
**SYSTEMS, INC.,**
       **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that default judgment be entered against Defendant Zion Debt Holdings, LLC. In the amount of $2,500 for actual damages, $1,000 statutory damages, $5,498 attorney's fees and costs and post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a).

DATED:  11/4/2024

                                                      FERNANDO GALINDO, Clerk

                                                      By           /s/
                                                              B. Cornwell, Deputy Clerk