UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TAMEKA SNYDER,

    Plaintiff,

v.                                                          Civil Action No.: 2:23-cv-00535

PORTFOLIO RECOVERY ASSOCIATES LLC,
ZIONS DEBT HOLDINGS LLC, and
EXPERIAN INFORMATION SOLUTIONS INC.,

    Defendants.

## NOTICE OF DISMISSAL

Plaintiff, Tameka Snyder, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by counsel, hereby voluntarily dismiss with prejudice all claims in this action against Defendant Experian Information Solutions, Inc.

December 3, 2024.

                                                                By:   */s/ Craig C. Marchiando*
                                                                 Craig C. Marchiando
                                                                 Leonard A. Bennett
                                                                 Mark Leffler
                                                                 CONSUMER LITIGATION ASSOCIATES, P.C.
                                                                763 J. Clyde Morris Blvd., Suite 1-A
                                                                Newport News, VA 23601
                                                                Telephone: (757) 930-3660
                                                               Facsimile: (757) 930-3662
                                                               Email: lenbennett@clalegal.com
                                                               Email: craig@clalegal.com
                                                               Email: mark@clalegal.com

                                                               *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on this 3rd day of December, 2024 which sent electronic notice of such to all parties of record.

By: */s/ Craig C. Marchiando*
Craig C. Marchiando
Leonard A. Bennett
Mark Leffler
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: mark@clalegal.com

*Counsel for Plaintiff*