IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TAMEKA SNYDER,

    Plaintiff,

v.                                      Civil Action No. 2:23-cv-535

PORTFOLIO RECOVERY
ASSOCIATES LLC, ZIONS DEBT
HOLDINGS LLC, and EXPERIAN
INFORMATION SOLUTIONS INC.,

    Defendants.

## FINAL ORDER

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (ECF No. 57). The Court will treat Plaintiff's Notice as a Motion under Federal Rule of Civil Procedure 41(a)(2). Having reviewed Plaintiff's Notice, the Court acknowledges that the dismissal is WITH PREJUDICE and considers the terms of the dismissal proper. Therefore, the Court GRANTS Plaintiff's Request to Dismiss Defendant Experian Information Solutions, Inc. and DIRECTS the Clerk to close the case.

The Clerk is directed to send an electronic copy of this Order to all counsel of record and close this case.

It is SO ORDERED.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: December 4, 2024